Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO REAL, dba LA VAQUITA MEAT MARKET, and as Trustee of THE FRANCISCO REAL LIVING TRUST under Declaration of Trust dated September 15, 2006;<br><br>　　　　　Defendants. | No.  1:13-cv-00652-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff NATIVIDAD GUTIERREZ and Defendant FRANCISCO REAL DBA LA VAQUITA MEAT MARKET AND AS TRUSTEE OF THE FRANCISCO REAL LIVING TRUST UNDER DECLARATION OF TRUST DATED SEPTEMBER 15, 2006, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

//

//

*Gutierrez v. Real, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

1    Date: July 10, 2013                    MOORE LAW FIRM, P.C.

2

3                                           /s/ Tanya E. Moore
                                            Tanya E. Moore
4                                           Attorneys for Plaintiff,
                                            Natividad Gutierrez
5

6    Date: July 10, 2013                    COLEMAN & HOROWITT, LLP

7

8                                           /s/ Keith M. White
                                            Keith M. White
9                                           Attorneys for Defendant,
                                            Francisco Real, dba La Vaquita Meat Market, and
10                                          as Trustee of The Francisco Real Living Trust
                                            Under the Declaration of Trust Dated September
11                                          15, 2006

12

13

14                                          **ORDER**

15

16        The parties having so stipulated,

17        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

18

19

20   IT IS SO ORDERED.

21       Dated:   __July 11, 2013__              ____/s/ Lawrence J. O'Neill____
                                                 UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

*Gutierrez v. Real, et al.*
Stipulation for Dismissal of Action; [Proposed] Order